Lawrence A. Widdis, Attorney for Plaintiff
Email: Lwiddis@aol.com
630 East Colorado Street
Glendale, CA 91205
Telephone: 818-613-2452 Fax: 818-241-4205
California Bar Number: 106477

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Satish Gupta | **Case Number** |
| 2258 Foothill Blvd., Suite 100 | |
| La Canada, CA 91011 | **2:20-cv-11083-JVS-AS** |
| Plaintiff | **AMENDED** |
| v. | **COMPLAINT FOR DECLARATORY** |
| Stephen Hahn, | **RELIEF** |
| Commissioner, | |
| Food and Drug Administration | |
| 10903 New Hampshire Ave | |
| Silver Spring, MD 20993-0002 | |
| | |
| Defendant. | |

## JURISDICTION AND VENUE

1. This action is based upon federal law and the defendant is a federal agency.

Therefore this court has jurisdiction pursuant to 28 U.S.C. § 1331.

2. Plaintiff's residence and place of business is in Los Angeles County. Therefore the venue is proper in this district pursuant to 28 U.S.C. § 1391(e)(1)(C).

## PARTIES

3. Plaintiff, Satish Gupta (Gupta), is a private person.

4. Defendant Stephen Hahn is being sued in his capacity as the commissioner of the Food and Drug Administration (FDA). FDA is an agency of the United States government.

## STANDING

5. Gupta requested certain documents from the FDA under the Freedom of Information Act (FOIA), 5 U.S.C. § 552 on Sept. 1, 2020. The documents were denied.

6. Plaintiff filed an appeal with the FDA. The plaintiff has not received any reply within the 30 working days from the time the appeal was filed.

7. Gupta has exhausted all available administrative remedies. Therefore under 5 U.S.C. § 706(1) and 5 U.S.C. § 552(a)(4)(B) Gupta has standing.

## STATEMENT OF FACTS AND TIMELINE

8. Gupta filed a FOIA request to the FDA on September 1, 2020. Gupta used the online form provided at the FDA website. The request was very specific and included two items. One item was a three page of form (FDA Form

1571) filed by a company called Moderna and the second item was an attachment to this form. Gupta does not know the size of this attachment. A printout of the confirmatory email received from the FDA is attached as Exhibit 1.

9. The FDA rejected the request in its entirety on October 6, 2020. The FDA claimed that the records were protected under Exemption (b)(4) of the FOIA, "Trade secret and confidential commercial information." This letter is attached as Exhibit 2.

10. Gupta filed an appeal on October 15, 2020 by email. A printout of the email is attached as Exhibit 3. The FDA received the appeal on October 15, 2020. This receipt is attached as Exhibit 4.

## BACKGROUND INFORMATION

11. **Relief Requested**

The plaintiff humbly requests this court to review the actions of the agency and find that under 5 USC §706 (2)(A):

a. A blanket denial of the request for information was unlawful.

b. Compell the FDA to release the requested records to Gupta.

c. And assess the FDA the court costs and legal fees of Gupta.

1

2

3                   Respectfully submitted,

4

5                   Lawrence A. Widdis,

6                   Attorney for Plaintiff

7                       ....

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# FDA FOIA

Request made on 8/30/20



EXHIBIT 1

 **U.S. FOOD & DRUG**
ADMINISTRATION

October 6, 2020

Request Number 2020-6326

steve@doctorgupta.com

Subject: Moderna for phase three trial of Covid-19 vaccine FDA Form 1571

Dear Requester:

The Food and Drug Administration (FDA) has completed processing your request for records under the Freedom of Information Act (FOIA).

We are denying your entire request. Specifically, we are denying records from an unapproved product application.

The following exemption of FOIA, 5 U.S.C. 552, are the authority for denying you access to the non-disclosable material:  Exemption (b)(4) Trade secret and confidential commercial information.  We have included citations to the FOIA and FDA's regulations for your information.

Section 5.31(d) of the implementing regulations of the Department of Health and Human Services (DHHS) are applicable to this denial.  The regulations are contained in the Code of Federal Regulations (CFR), Title 45.

The following sections of the implementing regulations of FDA and reasons applicable to this denial contained in the Code of Federal Regulations (CFR), Title 21 are
- 20.61(b)(c), 601.50(b) and 312.130(b)  Trade secret and confidential commercial information, in general, and information, not previously publicly disclosed, in a pending Investigational New Drug Application (IND).

FDA's Regulations at CFR Part 20 are available at:
http:www.access.gpo.gov/nara/cfr/waisidx_04/21cfr20_04.html

You have the right to appeal this determination.  By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision.  Your appeal must be mailed within 90 days from the date of this response, to: Director, Office of the Executive Secretariat, US Food & Drug Administration, 5630 Fishers Lane, Room 1050, Rockville, MD 20857, E-mail: FDAFOIA@fda.hhs.gov. Please clearly mark both the envelope and your letter "FDA Freedom of Information Act Appeal."

If you would like to discuss our response <u>before</u> filing an appeal to attempt to resolve your dispute without going through the appeals process, please contact Katherine Uhl at 301-796-8975.  You may

**U.S. Food and Drug Administration**
**5630 Fishers Lane, Room 1035**
**Rockville, MD 20857**
**www.fda.gov**

EXHIBIT 2
PAGE 1 of 2

also contact the FDA FOIA Public Liaison for assistance at: Office of the Executive Secretariat, US Food & Drug Administration, 5630 Fishers Lane, Room 1050, Rockville, MD 20857, E-mail: FDAFOIA@fda.hhs.gov.

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is as follows:  Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road–OGIS, College Park, MD 20740-6001; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769; e-mail at ogis@nara.gov.

If you have any questions, please contact Katherine Uhl at 301-796-8975.

Sincerely yours,

Sarah B.
Kotler -S

Digitally signed by Sarah B.
Kotler -S
Date: 2020.10.06 08:33:48
-04'00'

Sarah Kotler
Director
Division of Freedom of Information

EXHIBIT 2
PAGE 2 of 2

FDA Freedom of Information Act Appeal

From:   Satish Gupta (satish@doctorgupta.com)

To:      fdafoia@fda.hhs.gov

Date:   Thursday, October 15, 2020, 06:59 PM PDT

Dear Appeal Officer:

## Reference: Request Number 2020-6326

The FDA denied the entire request. The reason given was Exemption (b)(4) of the FOIA, "Trade secret and confidential commercial information." The FDA is required to give a reason with specificity. Is it trade secret OR confidential commercial information OR both?

A "trade secret" is defined as "a secret, commercially valuable plan, formula, process, or device that is used for the making, preparing, compounding, or processing of trade commodities and that can be said to be the end product of either innovation or substantial effort." See Pub. Citizen Health Research Group. v. FDA, 704 F.2d 1280, 1284 n.7, 1288 (D.C. Cir. 1983)

"Confidential Commercial Information" has been defined by the Court as, "where commercial or financial information is both customarily and actually treated as private by its owner and provided to the government under an assurance of privacy, the information is 'confidential' within the meaning of Exemption 4." See Food Marketing Institute v. Argus Leader Media, 139 S. Ct. at 2366

## Records Requested

The request was very specific. Only two records were requested. One is form 1571 submitted by Moderna for approval of their phase three trial of Covid-19 vaccine and the other is an attachment to this form under section number 14(9): "previous human experience".

## Form 1571

It is a three page form. The blank form is available at the FDA website. The form asks basic questions like the company's name, officers' names, addresses and list of attachments. None of this will fall into Trade Secret or Confidential Commercial Information. The names of the people at Moderna, who are working on the vaccine, are given in the New England Journal of Medicine article listed below.

If the FDA believes that some of this information is confidential then the FDA has a duty to redact those parts and release the rest of the form.

## Attachment under Section number 14(9)

These papers would describe the previous experiences with human beings related to this vaccine trial. The company, Moderna, has to treat this information as if it is private and not shared with the public. Then only this information will be "Confidential commercial information." See the explanation by the Court as above in the case of Argus Leader.

EXHIBIT 3
PAGE 1 of 2

Moderna has already published "previous human experiences" when Moderna published the results of the phase two trials. The results were published in New England Journal of Medicine. It is available to everyone free of charge at https://www.nejm.org/doi/pdf/10.1056/NEJMoa2022483.

Since the owner of the information does not treat it as private, the FDA has no basis to call it private and confidential information. If the FDA believes it is private and confidential then the FDA has to redact those parts and give an explanation as to why it is confidential commercial information.

Please expedite this request. Covid-19 pandemic is raging and all information about it should be made available to the public as soon as possible.

Thanks

Satish Gupta
2258 Foothill Blvd. Suite 100
La Canada, CA 91011
(818) 249-7200

EXHIBIT 3
PAGE 2 of 2



Appeal file: 21-004AA

October 16, 2020

Sending via Email: satish@doctorgupta.com

Dear requester,

This letter acknowledges receipt of your Freedom of Information Act (FOIA) appeal, submitted to the Food and Drug Administration (FDA). We received your appeal on October 16, 2020. Your appeal challenges the ***Food and Drug Administration (FDA's)*** response to your original request ***#2020-6326***. Your appeal has been assigned the above-stated case number based on when it was received in this office. Please reference this number on your correspondence.

Your appeal is summarized below:
Denial of unapproved product form 1571 submitted by Moderna

Pursuant to 5 U.S.C. § 552(a)(6)(B)(i) and 5 U.S.C. § 552(a)(6)(B)(iii) of the FOIA and 45 CFR 5.24(f) of the HHS FOIA regulations, your appeal falls under "unusual circumstances" in that our office will need to consult with another office that has substantial interest in the determination of the appeal. The actual processing time will depend on the complexity of the issues presented in the appeal. For more information about how your appeal will be processed please refer to the HHS FOIA regulations https://www.federalregister.gov/documents/2016/10/28/2016-25684/freedom-of-information-regulations).

The FOIA and the HHS FOIA regulations are available at the following web addresses: https://www.justice.gov/oip/freedom-information-act-5-usc-552 and https://www.federalregister.gov/documents/2016/10/28/2016-25684/freedom-of-information-regulations.

If you have any questions, please call (301)796-8975, or email us at fdafoia@fda.hhs.gov.

Sincerely yours,
Katherine N. Uhl -S
Digitally signed by Katherine N. Uhl -S
Date: 2020.10.16 10:13:01 -04'00'
Katherine Uhl
Denials and Appeals Officer
FDA FOIA

**U.S. Food and Drug Administration**
**5630 Fishers Lane, Room 1035**
**Rockville, MD 20857**
**www.fda.gov**

EXHIBIT 4